## Case No. 15,180.

### UNITED STATES v. GADSBY.

[1 Cranch, C. C. 55.] 1

Circuit Court, District of Columbia. Jan. Term, 1802.

#### INDICTMENT—GAMING.

An indictment will not lie under the Virginia act, for suffering gaming in the defendant's house; because the act has given an action of debt to the informer.

Indictment for suffering gaming in his public inn, contrary to Act Va., Jan. 19, 1798, c. 2, § 3. This indictment was quashed, upon the same ground upon which the court instructed the jury in the case of U. S. v. Simms [Case No. 16,290]. See that case in the supreme court of the United States, in 1 Cranch [5 U. S.] 252

1 [Reported by Hon. William Cranch, Chief Judge.]